**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:      Pharus Funding , LLC as Assignee of LHR, Inc. v  Jorge J. Garcia

Appellate case number:   01-20-00411-CV

Trial court case number:  845221

Trial court:                     County Civil Court at Law No. 2 of Harris County

Date motion filed:          August 27, 2021

Party filing motion:        Appellant


        The en banc court has unanimously voted to deny appellant's motion for en banc rehearing. It is ordered that the motion is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting for the En Banc Court

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: January 11, 2022